JOHN T. HILL, Respondent, *v.* JOHN H. STARIN, Appellant.

*Hill* v. *Starin*, 65 App. Div. 361, affirmed.
(Argued January 30, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

November 25, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Everett P. Wheeler* for appellant.

*J. Arthur Corbin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Dissenting: GRAY, J. Absent: O'BRIEN, J.